UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PIERRE HENDRICKSON,

        Petitioner,

  -against-

CALVIN E. WEST,

        Respondent.
----------------------------------------------------------x

**ORDER AND CIVIL JUDGMENT**
05-CV-

Pursuant to the Order issued by this Court on 6/10/05 dismissing the petition as duplicative of 05-CV-2549 (ERK), it is

**ORDERED, ADJUDGED AND DECREED**: That the petition is hereby dismissed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue. 28 U.S.C. § 2253(c). The court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from this order would not be taken in good faith, therefore, in forma pauperis status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-445 (1962).

                                s/Edward R. Korman
                                EDWARD R. KORMAN
                                United States District Judge

Dated: Brooklyn, New York
       6/10   2005

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUNE 30 2005 ★
BROOKLYN OFFICE